**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000084
27-MAY-2021
08:44 AM
Dkt. 52 ODMR**

NO. CAAP-21-0000084

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION,
AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WASHINGTON MUTUAL
ASSET-BACKED CERTIFICATES, WMABS, SERIES 2006-HE1,
Plaintiff-Appellee, v. JAN MOXLEY, Defendant-Appellant,
and CITIBANK (SOUTH DAKOTA), N.A.; WELLS FARGO BANK, N.A.;
Defendants-Appellees, and DOES 1 through 20,
Inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC171000292)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of self-represented Defendant-Appellant Jan Moxley's (**Moxley**) May 25, 2021 motion for reconsideration of the court's May 13, 2021 Order Granting Motion To Dismiss Appeal, the papers in support, and the record, it appears that the motion for reconsideration is untimely, and in any event, the court did not overlook or misapprehend any point of law or fact when it entered the May 13, 2021 order. See Hawaiʻi Rules of Appellate Procedure Rules 40(a) and (b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 27, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge